ACCEPTED
01-15-01056-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/19/2016 12:57:32 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-01056-CR

| | | |
|---|---|---|
| GREGORY JAMES SHELTON | § | IN THE |
| | § | |
| V. | § | FIRST COURT |
| | § | |
| STATE OF TEXAS | § | OF APPEALS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/19/2016 12:57:32 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Gregory James Shelton, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 23rd Judicial District Court of Brazoria County, Texas.

2. The case below was styled the State of Texas vs. Gregory James Shelton, Cause #71889-CR.

3. Appellant was convicted of Murder.

4. Appellant was sentenced to Life in the TDCJ-ID on November 23, 2015.

5. Notice of Appeal was filed on December 10, 2015.

6. The clerk's record was filed on March 22, 2016 and the reporter's record from the trial of this matter was filed March 24, 2016.

7.     The appellate brief is presently due on April 25, 2016.

8.     Appellant requests an extension of time to file appellant's brief until May 20, 2016.

9.     No extension to file the brief has been received in this cause.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Appellate requests additional time to exercise the appropriate level of diligence in order to properly review the record, conduct the necessary legal research, and prepare Appellant's brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that the Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Keith G. Allen
Keith G. Allen
2360 CR 94, Suite 106
Pearland, TX 77584
Tel: (832) 230-0075
Fax: (832) 413-5896
State Bar No. 01043550
E-Mail: Keith@KGAllenLaw.com

## CERTIFICATE OF SERVICE

This is to certify that on April 19, 2016 a true and correct copy of the above and foregoing document was served on Jeri Yenne, Brazoria County District Attorney, 111 E. Locust #408A, Angleton, Texas 77515 pursuant to TRAP 9.5.

/s/ Keith G. Allen
Keith G. Allen

STATE OF TEXAS       §

                              §

COUNTY OF BRAZORIA       §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Keith G. Allen, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct according to my belief."

Keith G. Allen
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 19, 2016, to certify which witness my hand and seal of office.

Notary Public, State of Texas

YOMAIRA D. MUNOZ
My Notary ID # 129829925
Expires May 22, 2018